# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# NORTHERN DIVISION

Charles B. Kornmann United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - KMH | Court Reporter – Cheryl Hook |
| Courtroom - AB #1 | Date – January 6, 2017 |
| U.S. Probation Officer – Kevin Johnson | |

CR16-10038-01

| | |
|---|---|
| UNITED STATES OF AMERICA, | Troy R. Morley |
| Plaintiff, | |
| vs. | |
| CHRISTOPHER PLENTY CHIEF, | Matthew M. Powers |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 9:30 AM

TIME:

9:23 AM     Enter Initial Apepraance, Arraignment and Plea Hearing before the Honorable Charles B. Kornmann, Judge, presiding.

Defendant is sworn to answer questions of the Court.

The Waiver of Indictment is executed.

The Court advises the Defendant of the charge, maximum penalties, his constitutional rights and the elements of the offense.

Defendant enters a plea of guilty to the Superseding Information.

The Court finds there is a factual basis for the plea and adjudges the Defendant guilty of the Superseding Information.

The Court reserves ruling on the plea agreement and all motions are denied as moot.

The Court orders a presentence report be prepared.

CR16-10038-01                                                      Date – January 6, 2017
                                                                              Page - 2

                The Court will enter a sentencing scheduling order in accordance with the dates and times as stated.

                The Court orders the defendant remain in the custody of the U.S. Marshal pending sentencing.

9:51 AM      Court adjourned.