# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2229

United States of America

Appellee

v.

Christopher Plenty Chief

Appellant

_____

Appeal from U.S. District Court for the District of South Dakota - Northern
(1:16-cr-10038-CBK-1)
_____

**MANDATE**

In accordance with the opinion and judgment of February 15, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 08, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit